An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY DONOVAN MCDONALD,
Appellant,
vs.
DIONNA LUCILLE PHILLIPS,
Respondent.

No. 62634

FILED

SEP 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having reviewed the parties' September 4, 2014, stipulation to dismiss this appeal, the stipulation is approved, and this appeal is hereby dismissed. NRAP 42(b). The parties shall bear their own costs and attorney fees.

It is so ORDERED.

_____, C.J.

cc: Hon. Jennifer Elliott, District Judge, Family Court Division
Carolyn Worrell, Settlement Judge
McDonald Adras LLC
Kunin & Carman
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31868